IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Scott Everett,

           *Plaintiff,*

           Civil Action No. 3:24-cv-02226

    v.

Jakub Kostecki,           **Declaration of David Sillers**

           *Defendant.*

I, DAVID SILLERS, hereby declare as follows:

1.     My name is David Sillers, I am over 18 years of age, and the facts stated herein are true and based upon my personal knowledge.

2.     I am an attorney admitted to practice in the State of Texas and the Northern District of Texas; and I currently represent Plaintiff in the above-captioned lawsuit. I submit this Declaration in support of Plaintiff's Request for Entry of Default.

3.     Defendant Jakub Kostecki was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on August 30, 2024, as evidenced by the proof of service filed with this Court. Dkt. 7.

4.     Defendant has failed to file a responsive pleading or otherwise respond to the Complaint within the allowed time.

5.     Defendant is not a minor or an incompetent person.

6.     Defendant is not in military service, as he has stated he is a Polish national living in the United States pursuant to a claim of asylum.

[CONTINUED ON NEXT PAGE]

1

I declare under penalty of perjury under the laws of the United States of America and the state of

Texas that the foregoing is true and correct.

Executed on: September 23, 2024

David Sillers

2