IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT EVERETT, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2226-K |
| | § | |
| JAKUB KOSTECKI, | § | |
|     Defendant. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Plaintiff Scott Everett's Motion for Default Judgment, (Dkt. No. 11).

**SO ORDERED**.

Signed July 14th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE