IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT EVERETT, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-02226-K |
| | § | |
| JAKUB KOSTECKI, | § | |
|     Defendant. | § | |

## JUDGMENT

On May 16, 2025, the United States Magistrate Judge entered Findings, Conclusions, and Recommendation ("FCR") that default judgment should be granted in favor of Plaintiff Everett Kostecki against Defendant Jakub Kostecki, pursuant to Federal Rule of Civil Procedure 55(b)(2). (*See* Dkt. No. 16.) The District Judge entered an Order accepting the FCR.

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is hereby entered against Defendants in the amount of **$2,000.00** ($1,000 for each actionable defamatory statement).

SO ORDERED.

Signed July 14th, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE